IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRICKLAYERS LOCAL #8 OF ILLINOIS AND EMPLOYERS PENSION PLAN, et al.,** **Plaintiffs,** v. **CHESTER ROACH d/b/a/ ROACH MASONRY,** **Defendant.** | Case No. 25-CV-00215-SPM |

# DEFAULT JUDGMENT

This civil case arises under the Labor Management Relations Act, 29 U.S.C. §§ 141–191 ("LMRA"), and the Employee Retirement Income Security Act, 29 U.S.C. §§ 1002–1193c ("ERISA"). Before the Court is Plaintiffs' Motion for Default Judgment against Defendant Chester Roach, doing business as Roach Masonry (Doc. 10). For the reasons below, the Plaintiffs' Motion is **GRANTED** and Default Judgment is **ENTERED**.

There are two stages to default. First, the Clerk of Court must enter a party's default "[w]hen a party against whom a judgment for affirmative relief has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." FED. R. CIV. P. 55. Then, the Court may enter a default judgment for the amount due. *Id*.

Here, the Clerk of Court entered Defendants' default on April 8, 2025. (*See* Doc. 13). Plaintiff also showed that Defendants failed to make monthly contributions as required by the labor agreement. (*See* Doc. 11). It is therefore appropriate for the

Court to enter a default judgment.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs have a judgment against Chester Roach, doing business as Roach Masonry, in the total amount of $16,262.07, consisting of $15,149.57 for audit liabilities, liquidated damages, and audit costs and $1,112.50 in attorneys' fees and court costs.

**IT IS SO ORDERED.**

**DATED:  April 8, 2025**

<u>s/ *Stephen P. McGlynn*</u>  
**STEPHEN P. McGLYNN**  
**U.S. District Judge**